UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENID MARIE FLORES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA CORRECTIONAL WOMEN'S FACILITY, et al.,<br><br>　　　　Defendant. | 1:19-cv-01509-NONE-JLT (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

When plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, she was incarcerated at California Correctional Women's Facility. It appears that plaintiff is no longer incarcerated based on a Notice of Change of Address filed in another case in this court. Thus, Plaintiff must submit a non-prisoner application to proceed in forma pauperis or pay the $400.00 filing fee in full. Accordingly, the Court **ORDERS** that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;
2. Within **30 days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full.

///
///

1

**Failure to obey this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: **April 12, 2020**                         **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE