UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENID MARIE FLORES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA CORRECTIONAL WOMEN'S FACILITY, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:19-cv-1509 NONE JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>**(Doc. 18)** |

　　　Plaintiff seeks instructions and a protective order concerning the preservation of her legal property following her release from the LA CADA CCTRP program in Santa Fe Springs. The Court is unable to grant this request because the storage and/or preservation of a litigant's legal property that is within her own custody, possession, or control is not within the purview of the Court. Plaintiff's motion is therefore **DENIED**.

IT IS SO ORDERED.

　　　Dated:　**September 17, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE