UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENID MARIE FLORES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL WOMEN'S FACILITY, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-01509-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 36)<br><br>Clerk of the Court to close the case. |

　　　　Plaintiff Enid Marie Flores is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 31, 2021, the court granted plaintiff motion for a ninety-day extension of time to amend her complaint.  (Doc. No. 33.)  The court ordered: "Plaintiff **SHALL** file an amended complaint on or before **November 29, 2021**. . . . **Failure to comply with this order will result in a recommendation that the Court dismiss this case for failure to state a claim, failure to comply with a court order, and failure to prosecute.**"  (*Id.* (alterations in the original).)  Plaintiff failed to comply with the order by failing to file an amended complaint.

　　　　On December 6, 2021, the assigned magistrate judge issued findings and recommendations to dismiss the action for failure to state a claim upon which relief can be

granted, failure to comply with a court order, and failure to prosecute. (Doc. No. 36.) In particular, the magistrate judge found that plaintiff failed to comply with this court's order of August 31, 2021, (Doc. No. 33), by failing to file an amended complaint on or before November 29, 2021. The findings and recommendations were served on plaintiff and provided her fourteen days to file objections thereto. Plaintiff has not filed objections, and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 6, 2021, (Doc. No. 36), are adopted in full;

2. This action is dismissed for plaintiff's failure to state a claim upon which relief can be granted, failure to comply with a court order, and failure to prosecute; and

3. The Clerk of the Court is directed to assign a district judge to this case for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated: **January 5, 2022**         _____
                                    UNITED STATES DISTRICT JUDGE

2